N Jane DuBovy CSB#98817
Mandy S. L. Favaloro, CSB#239482
A2Z Educational Advocates
881 Alma Real Drive, Suite 309
Pacific Palisades, CA 90272
(310) 573-1430 Office
(310) 573 1425 Fax
njdubovy@a2zedad.com

Attorneys for Plaintiffs,
Rosario Espinoza and Juan Alvaro Salas

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO ESPINOZA, and JUAN ALVARO SALAS, PLAINTIFFS, <br><br> v. <br><br> PALMDALE SCHOOL DISTRICT, DEFENDANT. | Case No.: 2:20-CV-10427-PA (ASx) <br><br> ORDER ON JOINT STIPULATION TO DISMISS <br><br> Date: n/a <br> Courtroom: 9A <br><br> Hon. Percy Anderson |

Having reviewed the Parties' Joint Stipulation to Dismiss with Prejudice, this matter is hereby dismissed.

Dated: May 11, 2021

_____
Percy Anderson
United States District Court Judge